# Exhibit A

DISMISSED, Repeat-cacb, Incomplete, RepeatPACER

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**Bankruptcy Petition #: 1:17-bk-12876-VK**

|  |  |
|---|---|
| | *Date filed:* 10/26/2017 |
| *Assigned to:* Victoria S. Kaufman | *Debtor dismissed:* 11/13/2017 |
| Chapter 7 | *341 meeting:* 12/01/2017 |
| Voluntary | *Deadline for objecting to discharge:* 01/30/2018 |
| No asset | *Deadline for financial mgmt. course:* 01/30/2018 |

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**
**Louise Fulchiero**
7912 Ventura Canyon Ave
Panorama City, CA 91402
LOS ANGELES-CA
949-836-3191
SSN / ITIN: xxx-xx-1250

represented by **Ronald A Norman**
Law Offices of Ronald A Norman
5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607
818-761-7181
Fax : 818-232-9283
Email: ronaldanorman@sbcglobal.net

**Trustee**
**Amy L Goldman (TR)**
633 W 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| | **1**<br>(10 pgs; 3 docs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Louise Fulchiero Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) due 11/27/2017. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 11/9/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 11/9/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 11/9/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 11/9/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 11/9/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 11/9/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 11/9/2017. Schedule I: Your Income (Form 106I) due 11/9/2017. Schedule J: Your Expenses (Form 106J) due 11/9/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 11/9/2017. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 11/9/2017. Statement of Financial Affairs (Form 107 or 207) due 11/9/2017. Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: 11/9/2017. Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) Due: 11/9/2017. Chapter 7 Means Test Calculation (Form 122A-2) Due: 11/9/2017. Cert. of Credit Counseling due by 11/9/2017. Statement of Related Cases (LBR Form F1015-2) due 11/9/2017. Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) due 11/9/2017. Disclosure of Compensation of Attorney for Debtor (Form |

**000008**

| | | |
|---|---|---|
| 10/26/2017 | | 2030) due 11/9/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 11/9/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 11/9/2017. Incomplete Filings due by 11/9/2017. (Norman, Ronald) (Entered: 10/26/2017) |
| 10/26/2017 | 2 (1 pg) | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Louise Fulchiero. (Norman, Ronald) (Entered: 10/26/2017) |
| 10/26/2017 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Louise Fulchiero. (Norman, Ronald) (Entered: 10/26/2017) |
| 10/26/2017 | 4 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 12/01/2017 at 10:30 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Objections for Discharge due by 01/30/2018. Cert. of Financial Management due by 01/30/2018 for Debtor and Joint Debtor (if joint case) (Norman, Ronald) (Entered: 10/26/2017) |
| 10/27/2017 | | Notice of Debtor's Prior Filings for debtor Louise Fulchiero Case Number 15-12982, Chapter 13 filed in California Central Bankruptcy on 09/08/2015 , Dismissed for Other Reason on 02/29/2016; Case Number 16-12557, Chapter 13 filed in California Central Bankruptcy on 08/31/2016 , Dismissed for Failure to File Information on 09/30/2016; Case Number 17-11977, Chapter 13 filed in California Central Bankruptcy on 07/25/2017 , Dismissed for failure to make plan payments on 09/25/2017.(Admin) (Entered: 10/27/2017) |
| 10/29/2017 | 5 (4 pgs) | BNC Certificate of Notice (RE: related document(s)4 Meeting (AutoAssign Chapter 7) No. of Notices: 4. Notice Date 10/29/2017. (Admin.) (Entered: 10/29/2017) |
| 10/29/2017 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Louise Fulchiero) No. of Notices: 1. Notice Date 10/29/2017. (Admin.) (Entered: 10/29/2017) |
| 10/29/2017 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Louise Fulchiero) No. of Notices: 1. Notice Date 10/29/2017. (Admin.) (Entered: 10/29/2017) |
| 10/30/2017 | | Receipt of Voluntary Petition (Chapter 7)(1:17-bk-12876) [misc,volp7] ( 335.00) Filing Fee. Receipt number 45854331. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 10/30/2017) |
| 11/13/2017 | 8 (1 pg) | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (Fleming, Lachelle) (Entered: 11/13/2017) |

| | PACER Service Center | |
|---|---|---|
| | **Transaction Receipt** | |
| | 11/14/2017 08:28:35 | |
| PACER Login: | us7767:2657072:4299065 | Client Code: |
| | | 1:17-bk-12876-VK Fil or Ent: filed To: |

**000009**

| Description: | Docket Report | Search Criteria: | 11/14/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |

**000010**

**Exhibit B**

# United States Bankruptcy Court
## Central District of California

In re:
Louise Fulchiero

CHAPTER NO.:  7

CASE NO.: 1:17–bk–12876–VK

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☑ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☑ Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 case. [LBR 2090–1 (LBR F2090–1.1) Court Manual, section 2.1]
☑ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)
☑ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

      Chapter 7     Original only

**Please return the original or copy of this form with all required items to the following location:**

      21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>October 26, 2017</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn – Rev 12/2015)

1 /

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re:<br>Louise Fulchiero | CHAPTER NO.:  7 |
| | CASE NO.: 1:17–bk–12876–VK |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schd A/B(Form106A/B or 206A/B)**
**Schedule C (Form 106C)**
**Schedule D (Form 106D or 206D)**
**Schd E/F(Form106E/F or 206E/F)**
**Schedule G (Form 106G or 206G)**
**Summary(Form 106Sum or 206Sum)**
**Schedule H (Form 106H or 206H)**
**Means Calculation(Form 122A–2)**
**Schedule I (Form 106I)**
**Schedule J (Form 106J)**
**Decl Re Sched (Form 106Dec)**
**StmtFinAffairs(Form107 or 207)**
**Statement (Form 122A–1)**
**Means Exempt.(Form 122A–1Supp)**

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at
www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court.
       (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the
       judge.)
**OR**
(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion
       and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE
WITHOUT FURTHER NOTICE.**

Dated: <u>October 26, 2017</u>

                                                            For the Court
                                                            **Kathleen J. Campbell**
                                                            Clerk of Court

(Form deforco – Rev 12/2015)                                                            **1 /**

**Exhibit C**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central _____ District of CA _____
(State)

Case number (*If known*): _____

Chapter you are filing under:
☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Louise<br>First name<br><br>Middle name<br><br>Fulchiero<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1 2 5 0<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

**000013**

| Debtor 1 | Louise | | Fulchiero | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | Case number *(if known)* |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☒ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ __ – __ __ __ __ __ __ __
EIN

__ __ __ – __ __ __ __ __ __ __
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ __ – __ __ __ __ __ __ __
EIN

__ __ __ – __ __ __ __ __ __ __
EIN

**5. Where you live**

7912 Ventura Canyon Avenue
_____
Number      Street

_____

Los Angeles                        CA      91402
_____
City                                State    ZIP Code

Los Angeles
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                                State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number      Street

_____

_____
City                                State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                                State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

000014

| Debtor 1 | Louise | | Fulchiero | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☒ Yes.  District Central District CA   When 07/25/2017   Case number 17-bk-11977
  MM / DD / YYYY
  District Central District CA   When 08/31/2016   Case number 16-bk-12557
  MM / DD / YYYY
  District Central District CA   When 09/08/2015   Case number 15-bk-12982
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.  Debtor _____   Relationship to you _____
  District _____   When _____   Case number, if known_____
  MM / DD / YYYY

  Debtor _____   Relationship to you _____
  District _____   When _____   Case number, if known_____
  MM / DD / YYYY

**11. Do you rent your residence?**

- ☐ No.  Go to line 12.
- ☒ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☒ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

**000015**

| Debtor 1 | Louise | Fulchiero | Case number (if known) _____ |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                      State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____
City                                      State      ZIP Code

**000016**

| Debtor 1 | Louise | Fulchiero | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| *You must check one:* | *You must check one:* |

**About Debtor 1:**

*You must check one:*

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**000017**

| Debtor 1 | Louise | | Fulchiero | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☒ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /S/ Louise Fulchiero  ✘ _____

Signature of Debtor 1  Signature of Debtor 2

Executed on 10/26/2016  Executed on _____

MM / DD /YYYY  MM / DD / YYYY

---

000018

| Debtor 1 | Louise | | Fulchiero | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /S/ Ronald A. Norman _____        Date    10/26/2016 _____
Signature of Attorney for Debtor                    MM  /  DD / YYYY

Ronald A. Norman _____
Printed name

Law Offices of Ronald A. Norman _____
Firm name

5404 Whitsett Avenue _____
Number    Street

Suite 133 _____

Valley Village _____        CA        91607 _____
City                                State        ZIP Code

Contact phone  (818) 761-7181 _____        Email address  ronaldanorman@sbcglobal.net

62282 _____        CA _____
Bar number                            State

**000019**

**Exhibit D**

**CLOSED, Incomplete, RepeatPACER, Repeat-cacb, DISMISSED**

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**Bankruptcy Petition #: 1:17-bk-11977-VK**

|  |  |
|---|---|
| *Assigned to:* Victoria S. Kaufman | *Date filed:* 07/25/2017 |
| Chapter 13 | *Date terminated:* 10/11/2017 |
| Voluntary | *Debtor dismissed:* 09/25/2017 |
| Asset | *341 meeting:* 09/20/2017 |

*Debtor disposition:* Dismissed for failure to make plan payments

**Debtor**                                             represented by **Louise Fulchiero**
**Louise Fulchiero**                                                     PRO SE
10736 Jefferson Blvd #789
Culver City, CA 90230
LOS ANGELES-CA
949-836-3191
SSN / ITIN: xxx-xx-1250

**Trustee**
**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
|  | <u>1</u><br>(11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Louise Fulchiero Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 8/8/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 8/8/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 8/8/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 8/8/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 8/8/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 8/8/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 8/8/2017. Schedule I: Your Income (Form 106I) due 8/8/2017. Schedule J: Your Expenses (Form 106J) due 8/8/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 8/8/2017. Statement of Financial Affairs (Form 107 or 207) due 8/8/2017. Chapter 13 Plan (LBR F3015-1) due by 8/8/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 8/8/2017. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 8/8/2017. Cert. of Credit Counseling due by 8/8/2017. Statement of Related Cases (LBR Form F1015-2) due 8/8/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 8/8/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 8/8/2017. |

**000020**

| 07/25/2017 | | Incomplete Filings due by 8/8/2017. (Bever, Sabine) (Entered: 07/25/2017) |
|---|---|---|
| 07/25/2017 | 2 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 09/20/2017 at 09:00 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Confirmation hearing to be held on 10/03/2017 at 09:30 AM at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. Proof of Claim due by 12/19/2017. (Bever, Sabine) (Entered: 07/25/2017) |
| 07/25/2017 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Louise Fulchiero . (Bever, Sabine) (Entered: 07/25/2017) |
| 07/25/2017 | | Receipt of Chapter 13 Filing Fee - $310.00 by 22. Receipt Number 10070617. (admin) (Entered: 07/25/2017) |
| 07/26/2017 | | Notice of Debtor's Prior Filings for debtor Louise Fulchiero Case Number 15-12982, Chapter 13 filed in California Central Bankruptcy on 09/08/2015 , Dismissed for Other Reason on 02/29/2016; Case Number 16-12557, Chapter 13 filed in California Central Bankruptcy on 08/31/2016 , Dismissed for Failure to File Information on 09/30/2016.(Admin) (Entered: 07/26/2017) |
| 07/27/2017 | 4 (4 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 07/27/2017. (Admin.) (Entered: 07/27/2017) |
| 07/27/2017 | 5 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Fulchiero) No. of Notices: 1. Notice Date 07/27/2017. (Admin.) (Entered: 07/27/2017) |
| 07/27/2017 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Fulchiero) No. of Notices: 1. Notice Date 07/27/2017. (Admin.) (Entered: 07/27/2017) |
| 08/04/2017 | 7 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Zahradka, Robert. (Zahradka, Robert) (Entered: 08/04/2017) |
| 08/08/2017 | 8 (3 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) Filed by Debtor Louise Fulchiero (Norman, Ronald) (Entered: 08/08/2017) |
| 08/09/2017 | 9 (1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) (BNC-PDF) - Granted to 8/22/17. (Related Doc # 8) Signed on 8/9/2017. (Garcia, Patty) (Entered: 08/09/2017) |
| 08/11/2017 | 10 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)9 Order on Motion to Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (BNC-PDF)) No. of Notices: 1. Notice Date 08/11/2017. (Admin.) (Entered: 08/11/2017) |
| 08/11/2017 | 11 (43 pgs) | Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I |

**000021**

| | | |
|---|---|---|
| 08/22/2017 | | Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years, Disposable Income Is Not Determined (Official Form 122C-1) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Louise Fulchiero (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Norman, Ronald) (Entered: 08/22/2017) |
| 08/22/2017 | 12<br>(8 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Louise Fulchiero (RE: related document(s)1 Chapter 13 Voluntary Petition Individual. Fee Amount $310 Filed by Louise Fulchiero Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 8/8/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 8/8/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 8/8/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 8/8/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 8/8/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 8/8/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 8/8/2017. Schedule I: Your Income (Form 106I) due 8/8/2017. Schedule J: Your Expenses (Form 106J) due 8/8/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 8/8/2017. Statement of Financial Affairs (Form 107 or 207) due 8/8/2017. Chapter 13 Plan (LBR F3015-1) due by 8/8/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 8/8/2017. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 8/8/2017. Cert. of Credit Counseling due by 8/8/2017. Statement of Related Cases (LBR Form F1015-2) due 8/8/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 8/8/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 8/8/2017. Incomplete Filings by 8/8/2017.). (Norman, Ronald) (Entered: 08/22/2017) |
| 08/22/2017 | 13<br>(1 pg) | Notice of Change of Address Filed by Debtor Louise Fulchiero. (Norman, Ronald) (Entered: 08/22/2017) |
| 09/08/2017 | 14<br>(6 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service (Official Form 410S-1) Filed by Creditor U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4N. (Graff, Arnold) (Entered: 09/08/2017) |
| | 15<br>(19 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Creditor Santander Consumer USA Inc. (RE: related document(s)12 Chapter 13 Plan (LBR F3015-1) Filed by Debtor Louise Fulchiero (RE: related document(s)1 Chapter 13 Voluntary Petition Individual. Fee Amount $310 Filed by Louise Fulchiero Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 8/8/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 8/8/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 8/8/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 8/8/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 8/8/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 8/8/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 8/8/2017. Schedule I: Your Income (Form 106I) due 8/8/2017. Schedule J: Your Expenses (Form 106J) due 8/8/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) |

**000022**

| | | |
|---|---|---|
| 09/12/2017 | | due 8/8/2017. Statement of Financial Affairs (Form 107 or 207) due 8/8/2017. Chapter 13 Plan (LBR F3015-1) due by 8/8/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 8/8/2017. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 8/8/2017. Cert. of Credit Counseling due by 8/8/2017. Statement of Related Cases (LBR Form F1015-2) due 8/8/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 8/8/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 8/8/2017. Incomplete Filings due by 8/8/2017.).). (Attachments: # 1 Exhibit A,B)(Wang, Jennifer) (Entered: 09/12/2017) |
| 09/25/2017 | 16 (1 pg) | ORDER dismissing chapter 13 case for failure to make required payments - **Debtor** Dismissed. (BNC-PDF) Signed on 9/25/2017 (RE: related document (s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Fulchiero, 2 Meeting (AutoAssign Chapter 13). (Garcia, Patty) (Entered: 09/25/2017) |
| 09/25/2017 | 17 (1 pg) | Notice of dismissal (BNC) (Garcia, Patty) (Entered: 09/25/2017) |
| 09/27/2017 | 18 (2 pgs) | BNC Certificate of Notice (RE: related document(s)17 Notice of dismissal (BNC)) No. of Notices: 4. Notice Date 09/27/2017. (Admin.) (Entered: 09/27/2017) |
| 09/27/2017 | 19 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)16 ORDER dismissing chapter 13 case for failure to make required payments (BNC-PDF)) No. of Notices: 1. Notice Date 09/27/2017. (Admin.) (Entered: 09/27/2017) |
| 10/04/2017 | 20 (3 pgs) | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (SV)) (Entered: 10/04/2017) |
| 10/04/2017 | 21 (1 pg) | Proof of service Filed by. (Rojas (TR), Elizabeth (SV)) (Entered: 10/04/2017) |
| 10/11/2017 | 22 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Toomer, Rosalind) (Entered: 10/11/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/14/2017 09:49:19 | | |
| **PACER Login:** | us7767:2657072:4299065 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 1:17-bk-11977-VK Fil or Ent: filed To: 11/14/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts |

**000023**

| | | | for documents: included |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

**Exhibit E**

**Incomplete, RepeatPACER, Repeat-cacb, PlnDue, DISMISSED, CLOSED**

### U.S. Bankruptcy Court
### Central District of California (San Fernando Valley)
### Bankruptcy Petition #: 1:16-bk-12557-MT

|  |  |
|---|---|
| | *Date filed:* 08/31/2016 |
| *Assigned to:* Maureen Tighe | *Date terminated:* 12/13/2016 |
| Chapter 13 | *Debtor dismissed:* 09/30/2016 |
| Voluntary | *341 meeting:* 10/19/2016 |
| Asset | |

*Debtor disposition:* Dismissed for Failure to File Information

| | |
|---|---|
| **Debtor**<br>**Louise Perri Fulchiero**<br>10736 Jefferson Blvd<br>789<br>Culver City, CA 90230<br>LOS ANGELES-CA<br>949-836-3191<br>SSN / ITIN: xxx-xx-1250 | represented by **Louise Perri Fulchiero**<br>PRO SE |

**Trustee**
**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| | [1](#)<br>(11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Louise Perri Fulchiero Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 9/14/2016. Schedule A/B: Property (Form 106A/B or 206A/B) due 9/14/2016. Schedule C: The Property You Claim as Exempt (Form 106C) due 9/14/2016. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 9/14/2016. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 9/14/2016. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 9/14/2016. Schedule H: Your Codebtors (Form 106H or 206H) due 9/14/2016. Schedule I: Your Income (Form 106I) due 9/14/2016. Schedule J: Your Expenses (Form 106J) due 9/14/2016. Declaration About an Individual Debtors Schedules (Form 106Dec) due 9/14/2016. Statement of Financial Affairs (Form 107 or 207) due 9/14/2016. Chapter 13 Plan (LBR F3015-1) due by 9/14/2016. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 9/14/2016. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 9/14/2016. Cert. of Credit Counseling due by 9/14/2016. Statement of Related Cases (LBR Form F1015-2) due 9/14/2016. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 9/14/2016. Verification of Master Mailing List of |

### 000025

| | | |
|---|---|---|
| 08/31/2016 | | Creditors (LBR Form F1007-1) due 9/14/2016. Incomplete Filings due by 9/14/2016. (Fisher, Liliana) (Entered: 08/31/2016) |
| 08/31/2016 | 2 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 10/19/2016 at 01:00 PM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Confirmation hearing to be held on 11/15/2016 at 09:30 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. Proof of Claim due by 01/17/2017. (Fisher, Liliana) (Entered: 08/31/2016) |
| 08/31/2016 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Louise Perri Fulchiero . (Fisher, Liliana) (Entered: 08/31/2016) |
| 08/31/2016 | | Receipt of Chapter 13 Filing Fee - $310.00 by 12. Receipt Number 10068415. (admin) (Entered: 09/01/2016) |
| 09/01/2016 | | Notice of Debtor's Prior Filings for debtor Louise Perri Fulchiero Case Number 15-12982, Chapter 13 filed in California Central Bankruptcy on 09/08/2015 , Dismissed for Other Reason on 02/29/2016.(Admin) (Entered: 09/01/2016) |
| 09/02/2016 | 4 (4 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 09/02/2016. (Admin.) (Entered: 09/02/2016) |
| 09/02/2016 | 5 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Perri Fulchiero) No. of Notices: 1. Notice Date 09/02/2016. (Admin.) (Entered: 09/02/2016) |
| 09/02/2016 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Perri Fulchiero) No. of Notices: 1. Notice Date 09/02/2016. (Admin.) (Entered: 09/02/2016) |
| 09/06/2016 | 7 (3 pgs) | Order 1- Setting Status Conference: 2- Directing Compliance with Applicable Law; and 3- Requiring Debtor(s) to explain why this case should not be converted or dismissed with 180-day bar to refiling (BNC-PDF) (Related Doc # 1 ) Signed on 9/6/2016 (Fisher, Liliana) (Entered: 09/06/2016) |
| 09/06/2016 | 8 | Hearing Set (Re: #7) Hearing to be held on 9/15/2016 at 09:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Fisher, Liliana) (Entered: 09/06/2016) |
| 09/08/2016 | 9 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)7 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 09/08/2016. (Admin.) (Entered: 09/08/2016) |
| 09/14/2016 | 10 (4 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Debtor Louise Perri Fulchiero (Cetulio, Julie) (Entered: 09/15/2016) |
| 09/15/2016 | 11 (1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (BNC-PDF) (Related Doc # 10) Signed on 9/15/2016. (Cetulio, Julie) (Entered: 09/15/2016) |
| 09/17/2016 | 12 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)11 Order on Motion to Extend Deadline to File Schedules (BNC-PDF)) No. of Notices: 1. Notice Date 09/17/2016. (Admin.) (Entered: 09/17/2016) |
| | 13 | ORDER and Notice of Dismissal of Case for Failure to File Initial Petition |

**000026**

| | | |
|---|---|---|
| 09/30/2016 | (1 pg) | Documents - **Debtor** Dismissed.(BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Perri Fulchiero, 2 Meeting (AutoAssign Chapter 13), 8 Hearing (Bk Other) Set) (Reaves, Kelly) (Entered: 09/30/2016) |
| 10/02/2016 | 14 (2 pgs) | BNC Certificate of Notice (RE: related document(s)13 ORDER and Notice of Dismissal of Case for Failure to File Initial Petition Doc (only for ccdn items) (BNC)) No. of Notices: 5. Notice Date 10/02/2016. (Admin.) (Entered: 10/02/2016) |
| 10/11/2016 | 15 (3 pgs) | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (SV)) (Entered: 10/11/2016) |
| 10/11/2016 | 16 (1 pg) | Proof of service Filed by. (Rojas (TR), Elizabeth (SV)) (Entered: 10/11/2016) |
| 12/13/2016 | 17 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Jarquin, Jacqueline) (Entered: 12/13/2016) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/14/2017 09:48:42 | | |
| **PACER Login:** | us7767:2657072:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-bk-12557-MT Fil or Ent: filed To: 11/14/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**000027**

**Exhibit F**

BARDEBTOR, RestrictedDISMISSED, DEFER, CLOSED

## U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
### Bankruptcy Petition #: 1:15-bk-12982-MT

|  |  |
|---|---|
| *Assigned to:* Maureen Tighe | *Date filed:* 09/08/2015 |
| Chapter 13 | *Date terminated:* 04/08/2016 |
| Voluntary | *Debtor dismissed:* 02/29/2016 |
| Asset | *341 meeting:* 11/04/2015 |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**                                                    represented by **Lee M Linson**
**Louise Perri Fulchiero**                                                      Law Offices of Lee Linson
17165 Horace Street                                                             11901 Santa Monica Blvd Ste 449
Granda Hills, CA 91344                                                          Los Angeles, CA 90025
LOS ANGELES-CA                                                                  310-591-4004
SSN / ITIN: xxx-xx-1250                                                         Email: linsonlawyer@gmail.com

**Trustee**
**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700

**U.S. Trustee**
**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

**3rd Party Plaintiff**
**Frank S Perri**
3311
Pacific Coast Highway
Torrance, CA 90505

**3rd Pty Defendant**
**Louise Perri Fulchiero**
17165 Horace Street
Granda Hills, CA 91344

| Filing Date | # | Docket Text |
|---|---|---|
|  | 1<br>(11 pgs; 3 docs) | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Louise Perri Fulchiero Summary of Schedules (Form B6 Pg 1) due 09/22/2015. Schedule A (Form B6A) due 09/22/2015. Schedule B (Form B6B) due 09/22/2015. Schedule C (Form B6C) due 09/22/2015. Schedule D (Form B6D) due 09/22/2015. Schedule E (Form B6E) due 09/22/2015. Schedule F (Form B6F) due 09/22/2015. Schedule G (Form B6G) due 09/22/2015. Schedule H (Form B6H) due 09/22/2015. Schedule I (Form B6I) due 09/22/2015. Schedule J (Form B6J) due 09/22/2015. Declaration Concerning Debtors Schedules (Form B6) due 09/22/2015. Statement of Financial Affairs (Form B7) due |

| | | |
|---|---|---|
| 09/08/2015 | | 09/22/2015. Chapter 13 Plan (LBR F3015-1) due by 09/22/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B22C-1) Due: 09/22/2015. Chapter 13 Calculation of Your Disposable Income (Form B22C-2) Due: 09/22/2015.Statement of Related Cases due 09/22/2015. Notice of Available Chapters (Form B201) due 09/22/2015. Statistical Summary (Form B6 Pg 2) due 09/22/2015. Disclosure of Compensation of Attorney for Debtor (Form B203) due 09/22/2015. Debtor Certification of Employment Income due by 09/22/2015. Incomplete Filings due by 09/22/2015. (Linson, Lee) (Entered: 09/08/2015) |
| 09/08/2015 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Louise Perri Fulchiero. (Linson, Lee) (Entered: 09/08/2015) |
| 09/08/2015 | 3 | Statement of Social Security Number(s) (Official Form B21) Filed by Debtor Louise Perri Fulchiero. (Linson, Lee) (Entered: 09/08/2015) |
| 09/08/2015 | 4 (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 11/04/2015 at 09:00 AM at RM 100, 21041 Burbank Blvd., Woodland Hills, CA 91367-6003. Confirmation hearing to be held on 12/15/2015 at 09:30 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. Proof of Claim due by 02/02/2016. (Linson, Lee) (Entered: 09/08/2015) |
| 09/10/2015 | 5 (3 pgs) | BNC Certificate of Notice (RE: related document(s)4 Meeting (AutoAssign Chapter 13)) No. of Notices: 4. Notice Date 09/10/2015. (Admin.) (Entered: 09/10/2015) |
| 09/10/2015 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Perri Fulchiero) No. of Notices: 1. Notice Date 09/10/2015. (Admin.) (Entered: 09/10/2015) |
| 09/10/2015 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Louise Perri Fulchiero) No. of Notices: 1. Notice Date 09/10/2015. (Admin.) (Entered: 09/10/2015) |
| 09/15/2015 | | Receipt of Voluntary Petition (Chapter 13)(1:15-bk-12982) [misc,volp13] ( 310.00) Filing Fee. Receipt number 40811898. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/15/2015) |
| 09/22/2015 | 8 (40 pgs) | Statement of Related Cases (LBR Form 1015-2.1) , Notice of Available Chapters (Notice to Individual Consumer Debtor) (Official Form B201) , Summary of Schedules (Official Form B6 - Pg1) , Statistical Summary of Certain Liabilities (Official Form B6 - Pg2), Schedule A (Official Form B6A) - Real Property , Schedule B (Official Form B6B) - Personal Property , Schedule C (Official Form B6C) - Property Claimed as Exempt , Schedule D (Official Form B6D) - Creditors Holding Secured Claims , Schedule E (Official Form B6E) - Creditors Holding Unsecured Priority Claims , Schedule F (Official Form B6F) - Creditors Holding Unsecured Nonpriority Claims , Schedule G (Official Form B6G) - Executory Contracts and Unexpired Leases , Schedule H (Official Form B6H) - Codebtors , Schedule I (Official Form B6I) - Your Income , Schedule J (Official Form B6J) - Your Expenses , Declaration Re: Electronic Filing , Statement of Financial Affairs (Official Form B7) , Disclosure of Compensation of Attorney for Debtor (Official Form B203) , Debtor's Certification of Employment Income , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 22C-1. Disposable Income Is Not Determined (Official Form 22C-1) Filed by Debtor Louise Perri Fulchiero (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Linson, Lee) (Entered: 09/22/2015) |
| | | |

**000029**

| | | |
|---|---|---|
| 09/22/2015 | 9<br>(6 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Louise Perri Fulchiero. (Linson, Lee) (Entered: 09/22/2015) |
| 09/22/2015 | 10<br>(3 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Louise Perri Fulchiero. (Linson, Lee) (Entered: 09/22/2015) |
| 09/22/2015 | 11<br>(8 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Louise Perri Fulchiero (RE: related document(s)1 Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Louise Perri Fulchiero Summary of Schedules (Form B6 Pg 1) due 09/22/2015. Schedule A (Form B6A) due 09/22/2015. Schedule B (Form B6B) due 09/22/2015. Schedule C (Form B6C) due 09/22/2015. Schedule D (Form B6D) due 09/22/2015. Schedule E (Form B6E) due 09/22/2015. Schedule F (Form B6F) due 09/22/2015. Schedule G (Form B6G) due 09/22/2015. Schedule H (Form B6H) due 09/22/2015. Schedule I (Form B6I) due 09/22/2015. Schedule J (Form B6J) due 09/22/2015. Declaration Concerning Debtors Schedules (Form B6) due 09/22/2015. Statement of Financial Affairs (Form B7) due 09/22/2015. Chapter 13 Plan (LBR F3015-1) due by 09/22/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B22C-1) Due: 09/22/2015. Chapter 13 Calculation of Your Disposable Income (Form B22C-2) Due: 09/22/2015.Statement of Related Cases due 09/22/2015. Notice of Available Chapters (Form B201) due 09/22/2015. Statistical Summary (Form B6 Pg 2) due 09/22/2015. Disclosure of Compensation of Attorney for Debtor (Form B203) due 09/22/2015. Debtor Certification of Employment Income due by 09/22/2015. Incomplete Filings due by 09/22/2015.). (Linson, Lee) (Entered: 09/22/2015) |
| 09/23/2015 | 12 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature and/or was not accompanied by the required Local Bankruptcy form Electronic Filing Declaration. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)8 Statement of Related Cases (LBR Form 1015-2.1) filed by Debtor Louise Perri Fulchiero, Notice of Available Chapters (Official Form B201), Summary of Schedules (Official Form B6 - Pg1), Statistical Summary of Certain Liabilities (Official Form B6 - Pg2), Schedule A (Official Form B6A) - Real Property, Schedule B (Official Form B6B) - Personal Property, Schedule C (Official Form B6C) - Property Claimed as Exempt, Schedule D (Official Form B6D) - Creditors Holding Secured Claims, Schedule E (Official Form B6E) - Creditors Holding Unsecured Priority Claims, Schedule F (Official Form B6F) - Creditors Holding Unsecured Nonpriority Claims, Schedule G (Official Form B6G) - Executory Contracts and Unexpired Leases, Schedule H (Official Form B6H) - Codebtors, Schedule I (Official Form B6I) - Your Income, Schedule J (Official Form B6J) - Your Expenses, Declaration Re: Electronic Filing, Statement of Financial Affairs (Official Form B7), Disclosure of Compensation of Attorney for Debtor (Official Form B203), Debtor's Certification of Employment Income, Chapter 13 Statement of Monthly Income (Official Form B22C-1), 11 Chapter 13 Plan (LBR F3015-1) filed by Debtor Louise Perri Fulchiero) (Toomer, Rosalind) (Entered: 09/23/2015) |
| 09/25/2015 | 13<br>(1 pg) | Declaration Re: Electronic Filing *of Schedules, Plan and RARA filed on 09/22/2015* Filed by Debtor Louise Perri Fulchiero. (Norman, Ronald) (Entered: 09/25/2015) |
| 11/02/2015 | 14<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Phillips, Martin. (Phillips, Martin) (Entered: 11/02/2015) |

| | | |
|---|---|---|
| 11/09/2015 | **15**<br>(18 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Creditor Santander Consumer USA Inc. (RE: related document(s)11 Chapter 13 Plan (LBR F3015-1) Filed by Debtor Louise Perri Fulchiero (RE: related document(s)1 Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Louise Perri Fulchiero Summary of Schedules (Form B6 Pg 1) due 09/22/2015. Schedule A (Form B6A) due 09/22/2015. Schedule B (Form B6B) due 09/22/2015. Schedule C (Form B6C) due 09/22/2015. Schedule D (Form B6D) due 09/22/2015. Schedule E (Form B6E) due 09/22/2015. Schedule F (Form B6F) due 09/22/2015. Schedule G (Form B6G) due 09/22/2015. Schedule H (Form B6H) due 09/22/2015. Schedule I (Form B6I) due 09/22/2015. Schedule J (Form B6J) due 09/22/2015. Declaration Concerning Debtors Schedules (Form B6) due 09/22/2015. Statement of Financial Affairs (Form B7) due 09/22/2015. Chapter 13 Plan (LBR F3015-1) due by 09/22/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B22C-1) Due: 09/22/2015. Chapter 13 Calculation of Your Disposable Income (Form B22C-2) Due: 09/22/2015.Statement of Related Cases due 09/22/2015. Notice of Available Chapters (Form B201) due 09/22/2015. Statistical Summary (Form B6 Pg 2) due 09/22/2015. Disclosure of Compensation of Attorney for Debtor (Form B203) due 09/22/2015. Debtor Certification of Employment Income due by 09/22/2015. Incomplete Filings due by 09/22/2015.).). (Attachments: # 1 Exhibit A,B)(Ith, Sheryl) (Entered: 11/09/2015) |
| 11/09/2015 | **16**<br>(4 pgs) | Objection to Confirmation of Chapter 13 Plan . (Rojas (TR), Elizabeth (SV)) (Entered: 11/09/2015) |
| 11/12/2015 | **17**<br>(17 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2011 BMW 328, VIN 1868 . Fee Amount $176, Filed by Creditor Carmax Business Services, LLC (Attachments: # 1 Exhibit) (Landa, Asya) (Entered: 11/12/2015) |
| 11/12/2015 | | Receipt of Motion for Relief from Stay - Personal Property(1:15-bk-12982-MT) [motion,nmpp] ( 176.00) Filing Fee. Receipt number 41242481. Fee amount 176.00. (re: Doc# 17) (U.S. Treasury) (Entered: 11/12/2015) |
| 11/13/2015 | 18 | Hearing Set (RE: related document(s)17 Motion for Relief from Stay - Personal Property filed by Creditor Carmax Business Services, LLC) The Hearing date is set for 12/9/2015 at 09:30 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Cetulio, Julie) (Entered: 11/13/2015) |
| 12/08/2015 | **19**<br>(14 pgs) | Objection to Homestead Exemption Filed by Trustee Elizabeth (SV) F Rojas (TR). (Rojas (TR), Elizabeth (SV)) (Entered: 12/08/2015) |
| 12/08/2015 | 20 | Hearing Set (RE: related document(s)19 Objection to Homestead Exemption filed by Trustee Elizabeth (SV) F Rojas (TR)) Status hearing to be held on 1/26/2016 at 11:00 AM at Crtrm 302, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Maureen Tighe (Gonzalez, Emma) (Entered: 12/08/2015) |
| 12/13/2015 | **21**<br>(5 pgs) | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property Filed by Debtor Louise Perri Fulchiero. (Linson, Lee) (Entered: 12/13/2015) |
| 12/16/2015 | **22**<br>(4 pgs) | Objection to Confirmation of Chapter 13 Plan . (Rojas (TR), Elizabeth (SV)) (Entered: 12/16/2015) |
| | | |

**000031**

| | | |
|---|---|---|
| 12/18/2015 | | Hearing (Bk Motion) Continued (RE: related document(s) 17 MOTION FOR RELIEF FROM STAY - PERSONAL PROPERTY filed by Carmax Business Services, LLC) Hearing to be held on 01/06/2016 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 17 , (Gonzalez, Emma) (Entered: 12/18/2015) |
| 12/18/2015 | 23 (4 pgs) | Notice of Hearing / *Amended Notice of Hearing on Motion for Relief from Stay* Filed by Creditor Carmax Business Services, LLC (RE: related document(s)17 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2011 BMW 328, VIN 1868 . Fee Amount $176, Filed by Creditor Carmax Business Services, LLC (Attachments: # 1 Exhibit)). (Peralta, Regina) (Entered: 12/18/2015) |
| 12/18/2015 | 24 (3 pgs) | Stipulation By Santander Consumer USA Inc. and *Debtor Resolving Santander Consumer USA Inc.'s Objection to Confirmation of Proposed Chapter 13 Plan (2003 BMW 525)* Filed by Creditor Santander Consumer USA Inc. (Ith, Sheryl) (Entered: 12/18/2015) |
| 12/18/2015 | 25 (5 pgs) | Notice of lodgment *of Order Approving Stipulation Resolving Santander Consumer USA Inc.'s Objection to Confirmation of Proposed Chapter 13 Plan* Filed by Creditor Santander Consumer USA Inc. (RE: related document(s)15 Objection to Confirmation of Plan Filed by Creditor Santander Consumer USA Inc. (RE: related document(s)11 Chapter 13 Plan (LBR F3015-1) Filed by Debtor Louise Perri Fulchiero (RE: related document(s)1 Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Louise Perri Fulchiero Summary of Schedules (Form B6 Pg 1) due 09/22/2015. Schedule A (Form B6A) due 09/22/2015. Schedule B (Form B6B) due 09/22/2015. Schedule C (Form B6C) due 09/22/2015. Schedule D (Form B6D) due 09/22/2015. Schedule E (Form B6E) due 09/22/2015. Schedule F (Form B6F) due 09/22/2015. Schedule G (Form B6G) due 09/22/2015. Schedule H (Form B6H) due 09/22/2015. Schedule I (Form B6I) due 09/22/2015. Schedule J (Form B6J) due 09/22/2015. Declaration Concerning Debtors Schedules (Form B6) due 09/22/2015. Statement of Financial Affairs (Form B7) due 09/22/2015. Chapter 13 Plan (LBR F3015-1) due by 09/22/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B22C-1) Due: 09/22/2015. Chapter 13 Calculation of Your Disposable Income (Form B22C-2) Due: 09/22/2015.Statement of Related Cases due 09/22/2015. Notice of Available Chapters (Form B201) due 09/22/2015. Statistical Summary (Form B6 Pg 2) due 09/22/2015. Disclosure of Compensation of Attorney for Debtor (Form B203) due 09/22/2015. Debtor Certification of Employment Income due by 09/22/2015. Incomplete Filings due by 09/22/2015.).). (Attachments: # 1 Exhibit A,B), 24 Stipulation By Santander Consumer USA Inc. and *Debtor Resolving Santander Consumer USA Inc.'s Objection to Confirmation of Proposed Chapter 13 Plan (2003 BMW 525)* Filed by Creditor Santander Consumer USA Inc.). (Ith, Sheryl) (Entered: 12/18/2015) |
| 12/21/2015 | 26 (2 pgs) | Order Approving Stipulation Resolving Santander Consumer USA Inc.'s Objection to Confirmation of Proposed Chapter 13 Plan (BNC-PDF) (Related Doc # 24 ) Signed on 12/21/2015 (Cetulio, Julie) (Entered: 12/21/2015) |
| 12/21/2015 | 27 (3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 12/21/2015) |
| 12/23/2015 | 28 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)26 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 12/23/2015. (Admin.) (Entered: 12/23/2015) |
| | 29 | BNC Certificate of Notice (RE: related document(s)27 Notice of Requirement |

**000032**

| | | |
|---|---|---|
| 12/24/2015 | (4 pgs) | to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 12/24/2015. (Admin.) (Entered: 12/24/2015) |
| 01/04/2016 | 30<br>(11 pgs; 2 docs) | Third-Party Complaint by Frank S Perri against Louise Perri Fulchiero *Complaint.* (Attachments: # 1 Form1040) (Karadjian, Karine) (Entered: 01/04/2016) |
| 01/05/2016 | 31 | Notice to Filer of Error and/or Deficient Document **Incorrect event code was used to file this document - THIS IS NOT A THIRD PARTY COMPLAINT. COMPLAINTS REQUIRE A FILING FEE ARE FILED AS A SEPARATE CASE [ADVERSARY>OPEN AP CASE] - NO ADVERSARY HAS BEEN FILED AND NO STATUS CONFERENCE HAS BEEN SET THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT EVENT.** (RE: related document(s) 30 Third-Party Complaint filed by 3rd Party Plaintiff Frank S Perri) (Cetulio, Julie) (Entered: 01/05/2016) |
| 01/05/2016 | 32<br>(11 pgs; 2 docs) | Adversary case 1:16-ap-01002. Complaint by Frank S. Perri against Louise Perri. (Charge To Estate). *Amended filing to correct event code - Attorney of Record Victor J. Otten BN 165800* (Attachments: # 1 Form 1040 Cover Sheet) Nature of Suit: (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)),(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Karadjian, Karine) (Entered: 01/05/2016) |
| 01/08/2016 | | Hearing (Bk Motion) Continued (RE: related document(s) 17 MOTION FOR RELIEF FROM STAY - PERSONAL PROPERTY filed by Carmax Business Services, LLC) Hearing to be held on 02/03/2016 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 17 , (Cetulio, Julie) (Entered: 01/08/2016) |
| 01/13/2016 | 33<br>(4 pgs) | Notice of Hearing *Continued on Motion for Relief* Filed by Creditor Carmax Business Services, LLC (RE: related document(s)17 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2011 BMW 328, VIN 1868 . Fee Amount $176, Filed by Creditor Carmax Business Services, LLC (Attachments: # 1 Exhibit)). (Zeltser, Regina) (Entered: 01/13/2016) |
| 01/19/2016 | 34<br>(4 pgs) | Notice of Hearing */Notice of Continued Hearing on Motion for Relief from Automatic Stay* Filed by Creditor Carmax Business Services, LLC (RE: related document(s)17 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2011 BMW 328, VIN 1868 . Fee Amount $176, Filed by Creditor Carmax Business Services, LLC (Attachments: # 1 Exhibit)). (Zeltser, Regina) (Entered: 01/19/2016) |
| 02/16/2016 | | Hearing (Bk Motion) Continued (RE: related document(s) 17 MOTION FOR RELIEF FROM STAY - PERSONAL PROPERTY filed by Carmax Business Services, LLC) Hearing to be held on 03/02/2016 at 11:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 17 , (Fisher, Liliana) (Entered: 02/16/2016) |
| 02/23/2016 | 35<br>(3 pgs) | Debtor's Request for Voluntary Dismissal of Ch 13 Case Filed by Debtor Louise Perri Fulchiero. (Linson, Lee) (Entered: 02/23/2016) |
| | 36<br>(1 pg) | ORDER and Notice of Dismissal arising from debtor's request for voluntary dismissal of Ch 13 with restrictions (11 U.S.C. Sections 109(g)(1) and 1307 (b))(BNC) - **Debtor** Dismissed for 180 days. Barred Debtor Fulchiero, Louise Perri starting 2/29/2016 to 8/27/2016 (RE: related document(s)4 Meeting (AutoAssign Chapter 13), 19 Objection to Homestead Exemption filed by |

**000033**

| | | |
|---|---|---|
| 02/29/2016 | | Trustee Elizabeth (SV) F Rojas (TR), Hearing (Bk Motion) Continued, Hearing (Bk Motion) Continued, Hearing (Bk Motion) Continued (Gonzalez, Emma) (Entered: 02/29/2016) |
| 03/01/2016 | 37 (8 pgs) | Stipulation By Carmax Business Services, LLC and *Louise Perri Fulchiero, re: Stipulation for Adequate Protection* Filed by Creditor Carmax Business Services, LLC (Vermillion, Melissa) (Entered: 03/01/2016) |
| 03/01/2016 | 38 (3 pgs) | Notice of lodgment *Order Granting Motion for Relief from the Automatic Stay (Adequate Protection Re Section 362 Stay) Personal Property* Filed by Creditor Carmax Business Services, LLC (RE: related document(s)17 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2011 BMW 328, VIN 1868 . Fee Amount $176, Filed by Creditor Carmax Business Services, LLC (Attachments: # 1 Exhibit), 37 Stipulation By Carmax Business Services, LLC and *Louise Perri Fulchiero, re: Stipulation for Adequate Protection* Filed by Creditor Carmax Business Services, LLC). (Vermillion, Melissa) (Entered: 03/01/2016) |
| 03/02/2016 | 39 (5 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF) (Related Doc # 17 ) Signed on 3/2/2016 (Fisher, Liliana) (Entered: 03/02/2016) |
| 03/02/2016 | 40 (2 pgs) | BNC Certificate of Notice (RE: related document(s)36 ORDER and Notice of with restrictions arising from Ch 13 db's req. for vol. dism. Ch 13 (11 U.S.C. Sec. 109(g)(1) and 1307(b)) (BNC)) No. of Notices: 7. Notice Date 03/02/2016. (Admin.) (Entered: 03/02/2016) |
| 03/04/2016 | 41 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)39 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 03/04/2016. (Admin.) (Entered: 03/04/2016) |
| 04/04/2016 | 42 (3 pgs) | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (SV)) (Entered: 04/04/2016) |
| 04/04/2016 | 43 (1 pg) | Proof of service Filed by. (Rojas (TR), Elizabeth (SV)) (Entered: 04/04/2016) |
| 04/08/2016 | 44 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Le, James) (Entered: 04/08/2016) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/14/2017 09:47:20 | | |
| PACER Login: | us7767:2657072:4299065 | Client Code: |
| | | 1:15-bk-12982-MT Fil or Ent: filed To: 11/14/2017 Doc From: 0 Doc To: |

**000034**

| Description: | Docket Report | Search Criteria: | 99999999 Term: included Format: html Page counts for documents: included |
|---|---|---|---|
| Billable Pages: | 7 | Cost: | 0.70 |

**000035**